UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| HARRY KAMIN,<br>Individually and Derivatively on behalf of<br>BNG GROUP LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>VALERIA GUNKOVA,<br><br>JACOB BOGATIN,<br><br>SKIN LOGIC LLC d/b/a ARIA MEDISPA,<br><br>VNJ MANAGEMENT LLC,<br><br>and<br><br>STERLING INVESTMENTS LLC,<br><br>    Defendants. | Civil Action No. _____<br><br>Removed from the<br>Circuit Court of Loudoun County<br><br>Case No. CL-21-1557 |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1452 and 1334 and Fed. R. Bankr. P. 9027, plaintiff Harry Kamin, individually and on behalf of BNG Group LLC ("Mr. Kamin"), by counsel, hereby gives notice and removes the above-captioned civil action from the Circuit Court of Loudoun County, Virginia to the United States District Court for the Eastern District of Virginia, Alexandria Division.

| | |
|---|---|
| Marc E. Albert, No. 26096<br>Tracey M. Ohm, No. 77150<br>STINSON LLP<br>1775 Pennsylvania Ave., N.W., Suite 800<br>Washington, DC 20006<br>Tel. (202) 728-3020; Fax (202) 572-9943<br>marc.albert@stinson.com<br>tracey.ohm@stinson.com | Bethany R. Benes, No. 85408<br>BETHUNE BENES, PLLC<br>3975 Fair Ridge Drive<br>South Suite 246<br>Fairfax, Virginia 22033<br>Tel.: (703) 260-9322<br>bbenes@bethunebenes.com |

*Counsel for Harry Kamin, individually and on behalf of BNG Group LLC*

CORE/3529060.0002/184904203.1

Mr. Kamin respectfully states the following ground for removal.

I. **NATURE OF THE ACTION AND PRIOR PROCEEDINGS**

1. Mr. Kamin is a 50% Class A Member and co-Manager of entity BNG Group LLC ("BNG"). Defendant Valeria Gunkova ("Ms. Gunkova") is the other 50% Class A Member and co-Manager of BNG.

2. In March 2021, Mr. Kamin was forced to initiate the action entitled *Harry D. Kamin v. Valeria Gunkova, et al.,* Case No. CL-21-1557 (the "Loudoun Case") in the Loudoun County Circuit Court (the "Loudoun Court") as a result of Ms. Gunkova's improper conduct, including her repeated violations of her fiduciary duties to BNG, her acts of forgery and fraud, and her continuous disregard of Mr. Kamin's rights as a Member of BNG.

3. Through third-party discovery and the slow trickling of compelled discovery responses from Ms. Gunkova, Mr. Kamin learned that together with her boyfriend Jacob Bogatin ("Mr. Bogatin"), Ms. Gunkova, individually and on behalf of her corporate entities, Skin Logic LLC ("Skin Logic"), Sterling Investment LLC ("Sterling Investment"), and VNJ Management LLC ("VNJ") conspired to defraud Mr. Kamin.

4. Specifically, without Mr. Kamin's knowledge or consent, Mr. Bogatin and Ms. Gunkova worked together to (i) obtain Mr. Kamin's business and financial records; (ii) purport to be Mr. Kamin to various entities and individuals; (iii) apply for and obtain financial loans using Mr. Kamin's identity and financial records; and (iv) falsify documents necessary to obtain such loans. To date, Mr. Kamin has learned of no less than sixty-nine (69) forgeries of Mr. Kamin's signature committed by Ms. Gunkova and/or Mr. Bogatin.

5. Accordingly, in May 2023, Mr. Kamin sought leave to amend his claims to add Mr. Bogatin and Ms. Gunkova's related entities each as a party-defendant. The Loudoun Court granted

leave, and Mr. Bogatin, Skin Login, Sterling Investment, and VNJ were added as defendants to the Loudoun Case (collectively, the "Defendants").

6. The Third Amended Complaint ("TAC") is currently the operative pleading in the Loudoun Case.

7. The TAC includes claims for both monetary (breach of contract, breach of fiduciary duty, fraudulent inducement, conversion, conspiracy, fraud, fraudulent conveyance, improper conveyance, breach of lease) and non-monetary relief (specific performance, declaratory judgment, judicial expulsion, dissolution).

8. All of the Defendants in the Loudoun Case have filed for bankruptcy protection in the U.S Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court").

9. On July 20, 2023, Mr. Bogatin filed a voluntary petition for relief in the Bankruptcy Court under Chapter 7 of the Bankruptcy Code, initiating Case No. 23-11157-BFK.

10. On July 26, 2023, Sterling Investment filed a voluntary petition for relief in the Bankruptcy Court under Chapter 7 of the Bankruptcy Code, initiating Case No. 23-11203-KHK.

11. On July 26, 2023, VNJ filed a voluntary petition for relief in the Bankruptcy Court under Chapter 7 of the Bankruptcy Code, initiating Case No. 23-11204-BFK.

12. On August 3, 2023, Ms. Gunkova filed a voluntary petition for relief in the Bankruptcy Court under Subchapter V of Chapter 11 of the Bankruptcy Code, initiating Case No. 23-11261-BFK (the "Gunkova Bankruptcy Case"). On October 24, 2023, Ms. Gunkova amended her bankruptcy petition to remove the Subchapter V designation from her Chapter 11 case.

13. On August 24, 2023, Skin Logic filed a voluntary petition for relief in the Bankruptcy Court under Subchapter V of Chapter 11 of the Bankruptcy Code, initiating Case No. 23-11352-KHK.

3

14. Ms. Gunkova has contended she was the sole manager of BNG, a claim disputed by Mr. Kamin as co-manager.

15. On October 23, 2023, Mr. Kamin and Ms. Gunkova agreed to appoint a Chief Restructuring Officer for BNG in the Gunkova Bankruptcy Case. The application to employ the Chief Restructuring Officer is currently pending before the Bankruptcy Court.

## II. BASIS FOR REMOVAL – 28 U.S.C. § § 1452 and 1334(b)

16. Mr. Kamin removes the Loudoun Case to this Court under 28 U.S.C. § 1452 because the Loudoun Case relates to a case under the Bankruptcy Code as contemplated by 28 U.S.C. § 1334(b).

17. Because all of the Defendants have bankruptcy cases pending in this District, the Loudoun Case could be attached as an adversary proceeding relating to any of them. However, Mr. Kamin suggests that as Ms. Gunkova is the original Defendant and Defendant as to which the majority of the counts in the TAC relate, the Gunkova Bankruptcy Case is the most logical bankruptcy case to house the removed Loudoun Case

18. A civil case is "related to" a bankruptcy case "if the outcome of the civil case 'could conceivably have any effect on the estate being administered in bankruptcy … if the outcome could alter the debtor's rights, liabilities, option, or freedom of action … and which in any way impacts upon the handling and administration of the bankruptcy estate.'" *New Horizon of N.Y., LLC v. Jacobs*, 231 F.3d 143, 151 (4th Cir. 2000) (quoting *Celotex Corp. v. Edwards*, 514 U.S. 300, 308 n.6 (1995)).

19. In the monetary claims in the TAC, Mr. Kamin seeks to liquidate the indebtedness of the Defendants to Mr. Kamin and to avoid fraudulent or improper conveyances by Ms. Gunkova.

4

20. In the non-monetary claims in the TAC, Mr. Kamin seeks relief, including declaratory judgments as to membership interests in BNG and judicial expulsion of Ms. Gunkova from BNG, that affect property of the bankruptcy estate of Ms. Gunkova.

21. The Loudoun Case thus satisfies the standard above, and is related to the Gunkova Bankruptcy Case.

22. Pursuant to this Honorable Court's Standing Order in the Matter of the Administration of the Bankruptcy Courts and Reference of Bankruptcy Cases and Proceedings to the Bankruptcy Judges of this District, dated August 15, 1984, it is respectfully suggested that this matter be referred to the Hon. Brian F. Kenney, United States Bankruptcy Judge, for all purposes.

### III. PROCEDURAL COMPLIANCE AND RESERVATION OF RIGHTS

23. Pursuant to Fed. R. Bankr. P. 9027(a)(1) and 28 U.S.C. § 1452, this Notice is properly filed in this Court, as the district and division within which the Loudoun Case was filed.

24. The Loudoun Case is a core proceeding in large part pursuant to Sections 157(b)(2)(H) and 157(b)(2)(O) of Title 28 of the United States Code.

25. To the extent that the Loudoun Case is a non-core proceeding, Mr. Kamin consents to the entry of final orders or judgments by the Bankruptcy Court.

26. Pursuant to Fed. R. Bankr. P. 9027(a)(1), copies of the process and pleadings filed with the Loudoun Court in the Loudoun Case accompany this Notice of Removal.

27. This Notice is filed within 90 days following the order for relief in the Gunkova Bankruptcy Case and thus removal and this Notice are timely pursuant to Fed. R. Bankr. P. 9027(a)(2) and (c).

28. Mr. Kamin reserves all rights to a trial by jury as demanded in the Loudoun Case.

CORE/3529060.0002/184904203.1

Dated: October 30, 2023

Respectfully submitted,

/s/ Tracey M. Ohm
Marc E. Albert, No. 26096
Tracey M. Ohm, No. 77150
STINSON LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
Tel. (202) 728-3020; Fax (202) 572-9999
marc.albert@stinson.com
tracey.ohm@stinson.com

and

Bethany R. Benes, No. 85408
BETHUNE BENES, PLLC
3975 Fair Ridge Drive, South Suite 246
Fairfax, Virginia 22033
Tel.: (703) 260-9322
bbenes@bethunebenes.com

*Counsel for Harry Kamin and BNG Group LLC*

# CERTIFICATE OF SERVICE

I certify that on this 30th day of October, 2023, the foregoing Notice of Removal was electronically filed with the United States District Court for the Eastern District of Virginia, Alexandria Division, using the Court's ECF system. I further certify that on October 31, 2023 the foregoing Notice of Removal was served upon counsel of record for the defendants in the Loudoun Case and bankruptcy counsel for the defendants in the Loudoun Case via first-class mail, postage prepaid (in its entirety) and where indicated by electronic mail (without exhibits), as follows:

Nancy Greene
N D Greene PC
3977 Chain Bridge Rd., Suite 1
Fairfax, VA 22030
Email: ndg@ndglaw.com

Jeffery T. Martin, Jr.
Martin Law Group, P.C.
7918 Jones Branch Drive, 4th Floor
Mc Lean, VA 22102
Email: jeff@martinlawgroupva.com

Maurice Belmont VerStandig
The VerStandig Law Firm, LLC
9812 Falls Roads, #114-160
Potomac, MD 20854
Email: mac@mbvesq.com

Sean Patrick Roche
Richard G. Cole III
Cameron/McEvoy PLLC
4100 Monument Corner Drive, Suite 420
Fairfax, VA 22030
Email: sroche@cameronmcevoy.com
Email: rcole@cameronmcevoy.com

Jacob Bogatin
20701 Riptide Sq.
Sterling, VA 20165

Skin Logic LLC d/b/a Aria MediSpa
Attn. Valeria Gunkova
2 Pidgeon Hill Drive, Suite 100
Sterling, VA 20165

VNJ Management LLC
Attn. Valeria Gunkova
2 Pidgeon Hill Drive, Suite 110
Sterling, VA 20165

Sterling Investment LLC
Attn. Valeria Gunkova
2 Pidgeon Hill Drive, Suite 120
Sterling, VA 20165

Skin Logic LLC
c/o Stephen Metz, Trustee
Offit Kurman, P.A.
7501 Wisconsin Ave, Suite 1000W
Bethesda, MD 20814

VNJ Management LLC
Sterling Investment LLC
c/o Janet M. Meiburger, Trustee
The Meiburger Law Firm, P.C.
1493 Chain Bridge Road, Suite 201
McLean, VA 22101-5726

/s/ Tracey M. Ohm
Tracey M. Ohm