# EXHIBIT B

# COMMONWEALTH OF VIRGINIA



LOUDOUN CIRCUIT COURT
Civil Division
18 E MARKET ST/PO BOX 550
LEESBURG VA 20178-0550
(703) 777-0270

Summons

To: VALERIA GUNKOVA
SPECIAL PROCESS SERVICE
20701 RIPTIDE SQUARE
STERLING VA 20165

Case No. 107CL21001557-00

The party upon whom this summons and the attached complaint are served is hereby notified that unless within 21 days after such service, response is made by filing in the clerk's office of this court a pleading in writing, in proper legal form, the allegations and charges may be taken as admitted and the court may enter an order, judgment, or decree against such party either by default or after hearing evidence.

Appearance in person is not required by this summons.

Done in the name of the Commonwealth of Virginia on, Thursday, March 11, 2021

Clerk of Court: GARY M CLEMENS

by _____Denise Beach_____
(CLERK/DEPUTY CLERK)

Instructions:

Hearing Official:

Attorney's name: BENES, BETHANY R.
703-260-9322
4290 CHAIN BRIDGE ROAD STE 302
FAIRFAX VA 22030

# AFFIDAVIT OF SERVICE



**State of Virginia**       **County of Loudoun**       Circuit Court

Case Number: 21-1557

Plaintiff:
**Kamin, Harry**

vs.

Defendant:
**Gunkova, Valeria**

For:
Bethune Benes, PLLC
4290 Chain Bridge Rd, Suite 302
Fairfax, VA 22033

Received by Cavalier CPS to be served on **Valeria Gunkova, 20701 Riptide Sq, Sterling, VA 20165**.

I, Jack Singer, being duly sworn, depose and say that on the **12th day of March, 2021 at 3:51 pm, I:**

Served Summons & Complaint; Cover Sheet for Filing Civil Actions; Exhibit A to Natalia Gunkova as co-resident/Mother of Valeria Gunkova at 20701 Riptide Sq, Sterling, VA 20165, being of suitable age and discretion to accept service in the absence of Valeria Gunkova. Upon information and belief, 20701 Riptide Sq, Sterling, VA 20165 is the usual place of abode of Valeria Gunkova.

I am a natural person over the age of eighteen and am not a party to or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.

Subscribed and sworn to in my state and county by the affiant who is personally known to me.

NOTARY PUBLIC

Date: 3/15/2021

**Jack Singer**

Cavalier CPS
823-C S King Street
Leesburg, VA 20175
(703) 431-7085

Our Job Serial Number: CAV-2021003054

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2a

