UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

HARRY KAMIN,
Individually and Derivatively on behalf of
BNG GROUP LLC,

Plaintiffs,

v.

VALERIA GUNKOVA,

JACOB BOGATIN,

SKIN LOGIC LLC d/b/a ARIA MEDISPA,

VNJ MANAGEMENT LLC,

and

STERLING INVESTMENTS LLC,

Defendants.

Civil Action No. 1:23-cv-01481

Removed from the
Circuit Court of Loudoun County

Case No. CL-21-1557

**NOTICE OF SUBMISSION**

Pursuant to Fed. R. Bankr. P. 9027(a)(1), plaintiff Harry Kamin, individually and on behalf of BNG Group LLC ("Mr. Kamin"), by counsel, hereby submits Exhibit C Parts 6 – 8 (Amended Complaint) to his Notice of Removal.

Marc E. Albert, No. 26096
Tracey M. Ohm, No. 77150
STINSON LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
Tel. (202) 728-3020; Fax (202) 572-9943
marc.albert@stinson.com
tracey.ohm@stinson.com

Bethany R. Benes, No. 85408
BETHUNE BENES, PLLC
3975 Fair Ridge Drive
South Suite 246
Fairfax, Virginia 22033
Tel.: (703) 260-9322
bbenes@bethunebenes.com

*Counsel for Harry Kamin, individually and on behalf of BNG Group LLC*

Dated: October 30, 2023

Respectfully submitted,

/s/ Tracey M. Ohm

Marc E. Albert, No. 26096
Tracey M. Ohm, No. 77150
STINSON LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
Tel. (202) 728-3020; Fax (202) 572-9999
marc.albert@stinson.com
tracey.ohm@stinson.com

and

Bethany R. Benes, No. 85408
BETHUNE BENES, PLLC
3975 Fair Ridge Drive, South Suite 246
Fairfax, Virginia 22033
Tel.: (703) 260-9322
bbenes@bethunebenes.com

*Counsel for Harry Kamin and BNG Group LLC*