# AMENDMENT No. 3 TO CONTRACT OF SALE

THIS AMENDMENT No. 3 TO CONTRACT OF SALE ("Amendment") is made this 29 day of September, 2020 (hereinafter "Effective Date") by and among **JUDICIAL DRIVE PROPERTY HOLDING, LLC**, a Virginia limited liability company (hereinafter "Seller") and **BNG GROUP, LLC**. a Virginia limited liability company (the "Buyer").

WITNESSETH:

WHEREAS, the parties hereto desire to amend the Contract dated July 2, 2020, so as to provide as follows:

1) The date for Closing hereunder shall be extended to October 30, 2020.

All terms and conditions of the Contract not amended hereby shall remain in full force and effect.

IN WITNESS WHEREOF, the parties have executed this Contract of Sale under seal on the day and year first above written.

WITNESS:

_______________________

BUYER: BNG GROUP, LLC

Valeria V Gunkova (SEAL)
By: Valeria V Gunkova
Title: President

Harry D. Kamili

WITNESS:

_______________________

SELLER: JUDICIAL DRIVE PROPERTY HOLDING, LLC

_______________________(SEAL)
By: Younh N. Chun
Name: Managing Member
Title:
Name:_______________

Seller ____

Buyer VG

EXHIBIT 5

GUNKOVA 000177

**October 29, 2020 Members Meeting**

**BNG Group LLC**

The meeting of the members of the above named limited liability company ("Company") was held on or about the 29th Day of October, 2020 at 4:30 pm and at the following location: 2 Pidgeon Hill Dr. Suite 120 Sterling VA, 20165

Present was:

Valeria Gunkova, Manager Member, with address 20701 Riptide Sq. Sterling VA 20165; and Harry D Kamin, Member, with address at 320, S Surf Rd. Apt 504, Hollywood, FL 33019

The Members chose Valeria Gunkova to serve as the temporary Chairman of the meeting.

The meeting was called to order.

It was determined that a quorum was present in person, and the meeting could conduct business. The Members agreed to the following:

1. All members agreed that proper notice of the first meeting had been given or they were otherwise waiving it pursuant to the Operating Agreement; and

2. There was presented to the meeting a copy of the Contract of Sale ("Contract") between Company and Juditial Property Drive Holding LLC to purchases Property at 2 Pidgeon Hill Dr, Sterling VA 20165 ("Property"); and

3. There was presented to the meeting a copy of theTerm Loan and Securrrity Agreement with Atlantic Union Bank (" Loan") to to purchases Property; and

4. There was presented to the meeting a copy of the Amended and Restated Operating Agreement of the Company for approval;

5. The Members agreed that Valeria Gunkova shall continue to serve as the Sole Manager for the Company, acting as a Manager Member of the Company;

6. Valeria Gunkova was also appointed as President, CEO, Secretary, and Treasurer of the Company. As such, Valeria Gunkova is hereby authorized to conduct day to day operation, empowered, and directed to execute and deliver such other and further documents as she shall determine to be necessary to conduct operation of the Company;

7. The members ratified and approved all documents presented (and will sign the documents in the proper manner);

EXHIBIT
T

8. The Members resolved that for 2021 distributions on the Class A Units of the Company shall be made as follows: July 1, 2021, December 31, 2021, and

9. The Members resolved that for 2021 distributions on the Class B Units of the Company shall be made as follows: July 1, 2021, December 31, 2021.

There was no further business, and upon motion made, seconded, and unanimously carried, it was RESOLVED, that all the items and documents have been examined by all Members, and are approved and adopted, and that all the actions taken thus far have been ratified and approved by the members of the Company.

There being no further business, the meeting was adjourned.

Dated October 29, 2020

Valeria Gunkova, President and Manager Member

Harry D. Kamin, Member

# AMENDED AND RESTATED OPERATING AGREEMENT OF BNG GROUP LLC

This Amended and Restated Operating Agreement ("Agreement") of BNG Group LLC, a Virginia limited liability company ("Company"), is entered as of the 29th day of October 2020 ("effective Date") between Valeria Gunkova and Harry D. Kamin its Members, and the Company for the governance of BNG Group LLC.

## WITNESSETH:

**WHEREAS,** the Company was formed pursuant to Articles of Organization effective as of September 15, 2019; and

**WHEREAS,** the parties desire to adopt this Amended Agreement to be binding upon the Company and all of its Members;

**NOW, THEREFORE,** the parties hereby agree as follows:

## ARTICLE I ORGANIZATION

1.1 **Principal Place of Business.** The principal place of business of the Company shall be located at 2 Pidgeon Hill Dr., Suite 120, Sterling, VA 20165, or at such other location as may hereafter be determined by the Member(s).

1.2 **Term of the Company.** The Company was formed on September 15, 2019, the date wherein the Virginia State Corporation Commission certified its organization, and its life shall be perpetual.

1.3 **Name**. The name of the Company shall be **BNG Group LLC**.

1.4 **Registered Office and Agent.** The Corporation shall continuously maintain a registered office and registered agent within the Commonwealth of Virginia.

## ARTICLE II PURPOSES OF THE COMPANY

The Company has been formed for the purposes of transacting any and all lawful business for which limited liability companies may be organized under the Act, including, but not limited to management services and other related products and services.

## ARTICLE III MEMBERS

3.1 **Membership Units.**

(a) The respective economic ownership interests of the Members in the Company and their rights to share in the Company's capital, equity/capital appreciation and/or profits, or any combination or any one of the foregoing, or the voting rights, tax allocations, rights to distributions, rights upon dissolution or liquidation,

EXHIBIT U