UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| HARRY KAMIN,<br>Individually and Derivatively on behalf of<br>BNG GROUP LLC,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>VALERIA GUNKOVA,<br><br>JACOB BOGATIN,<br><br>SKIN LOGIC LLC d/b/a ARIA MEDISPA,<br><br>VNJ MANAGEMENT LLC,<br><br>and<br><br>STERLING INVESTMENTS LLC,<br><br>　　　　Defendants. | Civil Action No.<br>1:23-cv-01481-MSN-LRV<br><br>Removed from the<br>Circuit Court of Loudoun County<br>Case No. CL-21-1557 |

**WITHDRAWAL OF NOTICE OF REMOVAL WITHOUT PREJUDICE**

　　　　Plaintiff Harry Kamin, individually and derivatively on behalf of BNG Group LLC ("Mr. Kamin"), by counsel, hereby withdraws without prejudice the Notice of Removal of the above-captioned civil action from the Circuit Court of Loudoun County, Virginia to the United States District Court for the Eastern District of Virginia, Alexandria Division along with the

Marc E. Albert, No. 26096
Tracey M. Ohm, No. 77150
STINSON LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
Tel. (202) 728-3020; Fax (202) 572-9943
marc.albert@stinson.com
tracey.ohm@stinson.com

Bethany R. Benes, No. 85408
BETHUNE BENES, PLLC
3975 Fair Ridge Drive
South Suite 246
Fairfax, Virginia 22033
Tel.: (703) 260-9322
bbenes@bethunebenes.com

*Counsel for Harry Kamin, individually and on behalf of BNG Group LLC*

CORE/3529060.0002/186089531.1

accompanying copies of the process and pleadings filed as Notices of Submissions, Dkt. Nos. 1-13.

| | |
|---|---|
| Dated: December 6, 2023 | Respectfully submitted, |
| | /s/ Tracey M. Ohm<br>Marc E. Albert, No. 26096<br>Tracey M. Ohm, No. 77150<br>STINSON LLP<br>1775 Pennsylvania Ave., N.W., Suite 800<br>Washington, DC 20006<br>Tel. (202) 728-3020; Fax (202) 572-9999<br>marc.albert@stinson.com<br>tracey.ohm@stinson.com |
| | and |
| | Bethany R. Benes, No. 85408<br>BETHUNE BENES, PLLC<br>3975 Fair Ridge Drive, South Suite 246<br>Fairfax, Virginia 22033<br>Tel.: (703) 260-9322<br>bbenes@bethunebenes.com |
| | *Counsel for Harry Kamin, individually and derivatively on behalf of BNG Group LLC* |

## CERTIFICATE OF SERVICE

     I certify that on this 6th day of December, 2023, the foregoing Withdrawal of Notice of Removal was electronically filed with the United States District Court for the Eastern District of Virginia, Alexandria Division, using the Court's ECF system.  I further certify that on December 6, 2023 the foregoing Withdrawal was served upon counsel of record for the defendants in the Loudoun Case and bankruptcy counsel for the defendants in the Loudoun Case via first-class mail, postage prepaid as follows:

Nancy Greene
N D Greene PC
3977 Chain Bridge Rd., Suite 1
Fairfax, VA 22030

Jeffery T. Martin, Jr.
Martin Law Group, P.C.
7918 Jones Branch Drive, 4th Floor
Mc Lean, VA 22102

Maurice Belmont VerStandig
The VerStandig Law Firm, LLC
9812 Falls Roads, #114-160
Potomac, MD 20854

Sean Patrick Roche
Richard G. Cole III
Cameron/McEvoy PLLC
4100 Monument Corner Drive, Suite 420
Fairfax, VA 22030

Jacob Bogatin
20701 Riptide Sq.
Sterling, VA 20165

Skin Logic LLC d/b/a Aria MediSpa
Attn. Valeria Gunkova
2 Pidgeon Hill Drive, Suite 100
Sterling, VA 20165

VNJ Management LLC
Attn. Valeria Gunkova
2 Pidgeon Hill Drive, Suite 110
Sterling, VA 20165

Sterling Investment LLC
Attn. Valeria Gunkova
2 Pidgeon Hill Drive, Suite 120
Sterling, VA 20165

Skin Logic LLC
c/o Stephen Metz, Trustee
Offit Kurman, P.A.
7501 Wisconsin Ave, Suite 1000W
Bethesda, MD 20814

                           /s/ Tracey M. Ohm
                           Tracey M. Ohm