IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

HARRY KAMIN,
        Plaintiff,

v.

VALIER GUNKOVA, *et al.*,
        Defendants.

No. 1:23-CV-01481-MSN-LRV

### ORDER

Whereas the Plaintiff in this matter on October 30, 2023 attempted to remove this case from the Circuit Court of Loudoun County, Virgia (ECF 1), and subsequently filed a "Withdrawal of Notice of Removal" (ECF 15), it is hereby

**ORDERED** that case, insofar as it remains in federal court, is **DISMISSED**.

The Clerk is directed to close this civil action.

/s/
Hon. Michael S. Nachmanoff
United States District Judge

January 9, 2026
Alexandria, Virginia